IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

PHILLIP STEWART
ADC #151956                                                              PLAINTIFF

v.                            No: 3:20-cv-194-DPM

SHAWN T. WINSTEAD, Sergeant,
North Central Unit, ADC                                                  DEFENDANT

ORDER

1. The Court withdraws the reference.

2. Stewart hasn't paid the filing and administrative fees or alleged that he is in imminent danger of serious physical injury; and the time to do so has passed. *Doc. 3.* His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

31 August 2020