# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

PHILLIP STEWART
ADC #151956                                                PLAINTIFF

v.                        No: 3:20-cv-194-DPM

SHAWN T. WINSTEAD, Sergeant,
North Central Unit, ADC                           DEFENDANT

## JUDGMENT

Stewart's complaint is dismissed without prejudice.


_____
D.P. Marshall Jr.
United States District Judge


_____31 August 2020_____